# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) 2:10-cr-00093-GEB
       )
WILLIAM OSEGUERA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **WILLIAM OSEGUERA**

Detained at (custodian): **San Joaquin County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: Being a Deported Alien Found in the U.S.

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Michael Anderson
Printed Name & Phone No: **MICHAEL ANDERSON - 916-554-2755**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED: August 24, 2010.

U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable): _____    Male ☒    Female ☐
Booking or CDC #: 104767    DOB: _____
Facility Address: 7000 N. Canliss Boulevard    Race: _____
    French Camp, CA 95231    FBI #: 963822XA8
Facility Phone: 209-468-4575
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____
                                    (Signature)

Form Crim-48                                                         Revised 11/19/97