# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) 2:10-cr-00093-GEB
)
WILLIAM OSEGUERA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **WILLIAM OSEGUERA**

Detained at (custodian): **DVI Tracy**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
    Charging Detainee With: Being a Deported Alien Found in the U.S.

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Michael Anderson
Printed Name & Phone No: **MICHAEL ANDERSON - 916-554-2755**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 3, 2010    /s/ Gregory G. Hollows
Date    United States District/Magistrate Judge
oseguera.ord

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | | DOB: | 1/11/79 |
| Facility Address: | DVI Tracy | Race: | |
| | 23500 Kasson Road, Tracy, CA 95376 | FBI #: | 963822XA8 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
    (Signature)

Form Crim-48    Revised 11/19/97