MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:    (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.  CR.S-10-093 GEB |
| Plaintiff,         ) | |
| v.         ) | STIPULATION TO SET NEW DATE FOR STATUS CONFERENCE AND CHANGE OF PLEA; ORDER THEREON |
| WILLIAM OSEGUERA         ) | DATE: November 19, 2010 |
| Defendant.         ) | TIME:         9:30 a.m. |
| _____ | Honorable GARLAND E. BURRELL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the hearing be  vacated and re calendared for November 19, 2010 at 9:00 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the parties have reached a tentative plea agreement but the defendant's criminal history has yet to be fully calculated by defense counsel and he needs additional time to determine the exact guidelines which will be used in the case.

Stipulation

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of October 14 2010 through November 19, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: October 14, 2010.            Respectfully submitted,

                                    MARK J. REICHEL, ESQ.

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for defendant


                                    BENJAMIN WAGNER
                                    United States Attorney

DATED: October 14, 2010.            /s/MARK J. REICHEL for:
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: October 14, 2010

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip and Order                           2