MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:     (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR.S-10-093 GEB |
| v. | ) | STIPULATION TO SET NEW DATE FOR STATUS CONFERENCE AND CHANGE OF PLEA; ORDER THEREON |
| WILLIAM OSEGUERA | ) | DATE: January 7, 2011 |
| Defendant. | ) | TIME:       9:30 a.m. |
| | | Honorable GARLAND E. BURRELL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the hearing be vacated and re calendared for January 7, 2011 at 9:00 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the parties have reached a tentative plea agreement but the defendant's counsel will also provide additional information by way of mitigation to the government and needs the additional time to perform that.

Stipulation

1 | Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of November 19, 2010 through January 7, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: November 18, 2010.          Respectfully submitted,

                                   MARK J. REICHEL, ESQ.

                                   /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for defendant


                                   BENJAMIN WAGNER
                                   United States Attorney

DATED: November 18, 2010.          /s/MARK J. REICHEL for:
                                   MICHAEL ANDERSON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated:  November 18, 2010

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

Stip and Order                              2