MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 2:10-cr-0093 KJM |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE DATE FOR |
| v. | ) HEARING |
| | ) |
| | ) Date: February 11, 2011 |
| | ) Time: 9:00 a.m. |
| WILLIAM OSEGUERA | ) Judge: Hon. Kimberly J. Mueller |
| | ) |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney,  MARK J. REICHEL, Esq., attorney for defendant OSEGUERA, that the present date for the status hearing shall be continued from January 7, 2011 at 9:30 a.m. before Judge Garland E. Burrell Jr. to February 10, 2011 at 10:00 a.m. before Judge Kimberly J. Mueller.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through February 10, 2011 should be excluded in computing the

1 time within which trial must commence under the Speedy Trial
2 Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and
3 Local Code T4 for effective defense preparation.

5 DATED: January 25, 2011.   Respectfully submitted,

6                                             /s/ MARK J. REICHEL
                                            MARK J. REICHEL
7                                             Attorney for Defendant

9                                             BENJAMIN B. WAGNER
                                            United States Attorney
10 DATED: January 25, 2011.   /s/MARK J. REICHEL for:
                                            MICHAEL ANDERSON
11                                             Assistant U.S. Attorney
                                            Attorney for Plaintiff

13 **O R D E R**

14 **IT IS SO ORDERED.** Time is excluded in the interests of justice
15 pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.
16 DATED: January 25, 2011.

17                                             /S/ KIMBERLY J. MUELLER
                                            KIMBERLY J. MUELLER
18                                             U.S. District Judge