1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:    (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  WILLIAM OSEGUERA

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )   Case No.  2:10-cr-00093 KJM
12             Plaintiff,          )
                                   )
13      v.                         )   STIPULATION TO SET NEW DATE
                                   )   FOR STATUS CONFERENCE AND
14                                 )   CHANGE OF PLEA; ORDER
                                   )   THEREON
15 WILLIAM OSEGUERA                )
                                   )   DATE: MARCH 3, 2011
16             Defendant.              TIME: 10:00 a.m.
   _____      Honorable KIMBERLY J. MUELLER
17

18
   **IT IS HEREBY STIPULATED** by and between the parties hereto through their
19
   respective counsel, MICHELLE BECKWITH, Assistant United States Attorney, attorney
20
   for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date
21
   for the hearing be  vacated and re calendared for MARCH 31, 2011.
22
        This continuance is requested as defense counsel needs adequate time to prepare for
23
   the case, and the parties have reached a tentative plea agreement but the defendant's
24
   counsel will also provide additional information by way of mitigation to the government
25
   and needs the additional time to perform that.
26

27

28

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of the filing of this through March 31, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: March 2, 2011.    Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: March 2, 2011.    /s/MARK J. REICHEL for:
MICHELLE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**  The hearing set for March 3, 2011 at 10:00 AM is VACATED and RESET for March 31, 2011 at 10:00 AM. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED:  March 2, 2011.

_____
UNITED STATES DISTRICT JUDGE