MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:10-cr-00093 KJM |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE DATE FOR |
| v. ) | HEARING |
| ) | |
| ) | Date: April 28, 2011 |
| ) | Time: 10:00 a.m. |
| WILLIAM OSEGUERA ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| Defendant. | |
| _____ | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE BECKWITH, Assistant United States Attorney,  MARK J. REICHEL, Esq., attorney for defendant OSEGUERA, that the present date for the status hearing shall be continued to May 19, 2011.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through May 19, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local

Code T4 for effective defense preparation.

DATED: April 25, 2011.                Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

DATED: April 25, 2011.                /s/MARK J. REICHEL for:
MICHELLE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The Status Conference set for April 28, 2011 is vacated and reset for May 19, 2011 at 10:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

Stip and Order                                                  2