MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:    (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> WILLIAM OSEGUERA ) <br> ) <br> Defendant. ) <br> _____ | Case No.  2:10-cr-00093 KJM <br><br> STIPULATION TO SET NEW DATE FOR STATUS CONFERENCE AND CHANGE OF PLEA; ORDER THEREON <br><br> DATE: May 19, 2011 <br> TIME: 10:00 a.m. <br> Honorable KIMBERLY J. MUELLER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHELLE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the hearing be  vacated and re calendared for June 9, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the parties have reached a tentative plea agreement but the defendant's counsel will also provide additional information by way of mitigation to the government and needs the additional time to perform that.

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of the filing of this through June 9, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: May 17, 2011.        Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: May 17, 2011.        /s/MARK J. REICHEL for:
MICHELLE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The status conference (possible change of plea hearing) set for May 19, 2011 is RESET for June 9, 2011 at 10:00 a.m.. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED:  May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

Stip and Order                                 2