MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>                              )<br>WILLIAM OSEGUERA              )<br>                              )<br>         Defendant.           )<br>_____) | NO. 2:10-cr-00093 KJM<br><br>**AMENDED**<br><br>STIPULATION TO CONTINUE DATE<br>FOR HEARING<br><br>Date: June 9, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE BECKWITH, Assistant United States Attorney, MARK J. REICHEL, Esq., attorney for defendant OSEGUERA, that the present date for the status hearing shall be continued to June 30, 2011.

   Defense counsel and the United States are in negotiations to resolve the case, which involves legal research on the issue of concurrent sentences, fact

1  development with investigation into potential witnesses,
2  review of evidence proffered by the defense, and possibly
3  obtaining evidence via subpoena.  Law enforcement personnel
4  essential to a verification of defense information are also
5  otherwise occupied but are expeditiously verifying defense
6  information.
7     Based upon the foregoing, all counsel and defendant
8  agree that time under the Speedy Trial Act from the date this
9  stipulation is lodged through June 30, 2011 should be
10 excluded in computing the time within which trial must
11 commence under the Speedy Trial Act, pursuant to Title 18
12 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective
13 defense preparation.

15 DATED: June 7, 2011.            Respectfully submitted,

16                                 /s/ MARK J. REICHEL
                                   MARK J. REICHEL
17                                 Attorney for Defendant

19                                 BENJAMIN B. WAGNER
                                   United States Attorney
20 DATED: June 7, 2011.            /s/MARK J. REICHEL for:
                                   MICHELLE BECKWITH
21                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference set for June 9, 2011 is vacated and reset for June 30, 2011 at 10:00 a.m. The Court finds the ends of justice are served by taking such action, which outweighs the best interest of the public and the defendant in a speedy trial; time is excluded pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: June 7, 2011.

_____
UNITED STATES DISTRICT JUDGE