```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   ) CR. No. 2:10-cr-00093 KJM
12         Plaintiff,              )
                                   )
13      v.                         ) STIPULATION AND ORDER
                                   ) CONTINUING STATUS CONFERENCE
14  WILLIAM OSEGUERA,              ) AND EXCLUDING TIME
                                   )
15         Defendant.              )
                                   )
16                                 )
                                   )
17  _____ )
```

18  The parties request that the status conference in this case
19  be continued from June 30, 2011, to August 4, 2011 at 10:00 a.m.
20  They stipulate that the time between June 30, 2011 and August 4,
21  2011 should be excluded from the calculation of time under the
22  Speedy Trial Act.  The parties stipulate that the ends of justice
23  are served by the Court excluding such time, so that counsel may
24  have reasonable time necessary for effective preparation, taking
25  into account the exercise of due diligence.  18 U.S.C. §
26  3161(h)(7)(B)(iv).  The parties are in the process of gathering
27  additional facts which may inform the anticipated plea agreement
28  in this case.  The parties stipulate and agree that the interests

1

1  of justice served by granting this continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  18
3  U.S.C. §(7)(B)(iv).
4  Dated:  June 28, 2011           Respectfully submitted,
5                                  BENJAMIN B. WAGNER
                                    United States Attorney
6
7                                   /s/ Michele Beckwith
                                By: Michele Beckwith
8                                   Assistant U.S. Attorney
9  Dated: June 28, 2011
10                                  /s/ Mark Reichel
                                    MARK REICHEL
11                                  Attorney for Defendant
12

13                                **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
15 is ordered that the status conference presently set for June 30,
16 2011, at 10:00 a.m. be continued to August 4, 2011, at 10:00 a.m.
17 Based on the representation of counsel and good cause appearing
18 therefrom, the Court hereby finds that the ends of justice to be
19 served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.  It is ordered
21 that time from the date of this Order, to and including, the
22 August 4, 2011, status conference shall be excluded from
23 computation of time within which the trial of this matter must be
24 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
25 3161(h)(7)(B)(iv) and Local Code T-4.
26 Dated:  June 29, 2011.
27                                  _____
                                    UNITED STATES DISTRICT JUDGE
28

2