```
MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
WILLIAM OSEGUERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>         Plaintiff,        )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>                            )<br>WILLIAM OSEGUERA            )<br>                            )<br>         Defendant.         )<br>_____ | Case No. 2:10-cr-00093 KJM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**<br><br>DATE: August 4, 2011<br>Time: 10:00 a.m.<br>Judge: Kimberly J. Mueller |

**It is hereby stipulated and agreed by the parties herein, that the present date for the status conference of this matter shall be vacated and re calendared for the date of September 1, 2011.**

**Defendant's counsel and the United States are in negotiations to resolve this case; additional witnesses and factual matters must be investigated and verified pursuant to those negotiations. The time is needed in that regard.**

**Based on all of the foregoing, the parties stipulate and agree that the interests of justice outweigh the interests of the public and the defendant in a speedy trial. Specifically, the parties stipulate**

and agree that exclusion of time under the Speedy Trial act is appropriate under local code T4 under Title 18, United States Code, as well as for preparation of counsel under section 3161(h)(7)(B)(iv).

Therefore, the parties request the Court continue the status conference/change of plea to September 1, 2011 at 10:00 a.m.

Dated: August 2, 2011

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ MICHELLE BECKWITH
                                      Assistant U.S. Attorney


                                      /s/ MARK J. REICHEL
                                      MARK J. REICHEL, Esq.
                                      Counsel for Defendant

## O R D E R

**IT IS SO ORDERED.** GOOD CAUSE APPEARING the parties' stipulation is adopted, the status conference set for August 4, 2011 is reset for September 1, 2011 at 10:00 a.m. **The court confirms September 1 as a firm date that will not further be continued absent a showing of extraordinary cause.** It IS FURTHER ORDERED that time is excluded through September 1, 2011, under the Speedy Trial Act under local code referencing Title 18, United States Code section(h)(7)(B)(iv). The /////

1  Court finds the ends of justice outweigh the interests of the public
2  and the defendant in a speedy trial.
3  Dated: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE